ACCEPTED
14-15-00031-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/29/2015 8:43:42 AM
CHRISTOPHER PRINE
CLERK



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

September 29, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

9/29/2015 8:43:42 AM

CHRISTOPHER A. PRINE
Clerk

**VIA E-FILING**

Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

Re:   Court of Appeals No. 14-15-00031-CV; Trial Court Case No. D-1-GN-13-000150;
      *R. E. Janes Gravel Company v. Zachary Covar, Executive Director of the Texas
      Commission on Environmental Quality; its Commissioners Bryan Shaw, Carlos
      Rubenstein, Toby Baker, and the City of Lubbock*

Dear Mr. Prine:

In response to the Court's letter of September 21, 2015, I consulted with counsel for each
of the parties.

I have been authorized to inform the Court that if the Court grants oral argument in this
case, counsel for the parties would prefer to present their arguments live to the Court in
Houston and would request the Court to hear argument in its regular place.

Thank you for your attention to this matter.

<div style="margin-left:40%">

Sincerely yours,

*/s/ Anthony Grigsby*
Anthony Grigsby
Assistant Attorney General
Environmental Protection Division / MC 066
P. O. Box 12549
Austin, Texas 78711-2548
Tel: (512) 475-4165 / Fax: (512) 320-0911

</div>

cc:   *Via E-mail or E-Service:*
      Ryan D. Greene
      Alan Waldrop
      Jason T. Hill